**Joanna M. Roberto, Esq**.
Partner

**Direct Dial/Text**
516.329.9403

**Direct Fax**
516.738.4646

**Email:**
jroberto@gerberciano.com



GERBER CIANO KELLY BRADY LLP

**US Mail:**
P.O. Box 1060
Buffalo, NY  14201
New York, NY 10003-1502

**Visit Us/FedEx/UPS:**
1325 Franklin Avenue, Suite 500
Garden City, NY 11530

September 23, 2024

**Via ECF Only**
Hon. Magistrate Judge J. Marutollo
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *The Ohio Casualty Ins Co v. Kookmin Best Ins Co., Ltd*
            Docket No.:   23-cv-07994(NCM)(JAM)

Dear Hon. Judge Marutollo:

We represent Plaintiff in this matter.

Plaintiff seeks the Court's assistance with executing the attached Subpoena by "so-order" to garner, Hannum Feretic Prendergast & Merlino LLC ("HFPM"), the non-party's compliance and to expediate discovery in this matter.

HFPM was retained in the Underlying Action as defense counsel for Plaintiff and Defendant's mutual insured. The Underlying Action was resolved and discontinued with prejudice in 2023.

Thank you for the Court's assistance with this request.

Sincerely yours,

*Joanna M. Roberto*

Joanna M. Roberto
JMR/jr