

**LINDA FRIDEGOTTO, ESQUIRE**
Direct Dial: (212) 809-1612
lfridegotto@chartwelllaw.com

Reply To: New York Office
One Battery Park Plaza, Suite 710
New York, NY  10004
Phone: (212) 968-2300
Facsimile: (212) 968-2400

October 1, 2024

**VIA ECF**

Hon. Magistrate Judge J. Marutollo
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

      **Re:**  *The Ohio Casualty Insurance Company v. Kookmin Best Insurance Co., Ltd*
            23-cv-07994(NCM)(JAM)

Dear Hon. Judge Marutollo,

    This firm represents Defendants Kookmin Best Insurance Co. Ltd (U.S. Branch) and KBIC Insurance (collectively "KBIC"). We submit this letter, jointly with counsel for Plaintiff The Ohio Casualty Insurance Company's ("Ohio Casualty"), to inform Your Honor that the parties have reached a settlement in principle and are therefore withdrawing the pending discovery motion (Docket no. 44). The parties respectfully request thirty (30) days to prepare and finalize an agreement memorializing the settlement. Upon execution of the agreement and completion of payment, the parties will voluntarily dismiss the action.

    We thank the Court for its attention to this matter.

                              Respectfully submitted,

                              **CHARTWELL LAW**

                              By: _____
                                  Linda Fridegotto, Esq. (LF4290)

cc:   **BY ECF**

     Joanna Roberto, Esq.
     Gerber Ciano Kelly Brady LLP
     PO Box 1060
     Buffalo, NY 14201