UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE OHIO CASUALTY INSURANCE COMPANY,<br><br>                    Plaintiffs,<br>-against-<br><br><br>KOOKMIN BEST INSURANCE CO., LTD. (US BRANCH), KBIC INSURANCE, JOHN DOES 1-50,<br><br>                  Defendants, | **STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**<br><br>Case No.: 1:23-cv-07994(NCM)(JAM) |

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Dated: November 18, 2024

*Joanna M. Roberto*

By: Joanna M. Roberto, Esq.
Gerber Ciano Kelly Brady, LLP
*Attorneys for Plaintiff*
P.O. Box 1060
Buffalo, NY 14201
T: (516) 329-9403
E: Jroberto@gerberciano.com

By: Linda Fridegotto, Esq.
Chartwell Law
*Attorneys for Defendants*
One Battery Park Plaza, Suite 710
New York, New York 10004
T: (212) 968.2300
E: lfridegotto@chartwelllaw.com